```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 17350
    LUCINDA GLOVER
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

           Debtor
    SSN XXX-XX-1638

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/03/2004 and was confirmed 06/28/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 03/05/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
ARONSON FURNITURE          SECURED          1620.00          .00          202.41
ARONSON FURNITURE          UNSECURED         810.96          .00             .00
ST BERNARD HOSPITAL EMPL   SECURED           800.00          .00           56.23
AT&T WIRELESS SERVICES     FILED LATE       1054.94          .00             .00
B-LINE LLC                 UNSECURED        1604.26          .00             .00
CROSSING POINTE            UNSECURED         222.60          .00             .00
FIRST NATIONAL BANK        UNSECURED       NOT FILED         .00             .00
IMC PROPERTIES MANAGEMEN   UNSECURED       NOT FILED         .00             .00
MONROE & MAIN              UNSECURED         172.62          .00             .00
ECAST SETTLEMENT CORP      UNSECURED         728.46          .00             .00
SWISS COLONY               UNSECURED         346.32          .00             .00
MIDNIGHT VELVET            UNSECURED         392.40          .00             .00
ZALUTSKY & PINSKI LTD      REIMBURSEMENT     194.00          .00          194.00
ZALUTSKY & PINSKI LTD      DEBTOR ATTY     2,200.00                     2,200.00
TOM VAUGHN                 TRUSTEE                                        137.82
DEBTOR REFUND              REFUND                                          44.54

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   2,835.00

PRIORITY                                        194.00
SECURED                                         258.64
UNSECURED                                          .00
ADMINISTRATIVE                                2,200.00
TRUSTEE COMPENSATION                            137.82
DEBTOR REFUND                                    44.54
                        ---------------    ---------------
TOTALS                    2,835.00            2,835.00
```

                   PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 17350 LUCINDA GLOVER

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 02/26/08 | /s/ Tom Vaughn <br> _____ <br> TOM VAUGHN <br> CHAPTER 13 TRUSTEE |